UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WILLIAM MONCRIEF,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:25–cv–03625–SCR<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is Plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted a declaration, including a statement of income, expenses, and assets and averring inability to pay the costs of this proceeding.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;
2. The Clerk of Court is directed to issue a summons for this case;
3. In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

|   |   |   |
|---|---|---|
| 1 | | Clerk of Court shall deliver to the Commissioner of Social Security |
| 2 | | Administration and the United States Attorney's Office at their designated email |
| 3 | | addresses a notice of electronic filing of the action along with the summons and |
| 4 | | complaint.  The Commissioner has agreed not to raise a defense of insufficient |
| 5 | | service of process if provided with notice of a complaint as detailed in this order. |
| 6 | | This order is not intended to prevent parties from making any other motions that |
| 7 | | are appropriate under the Federal Rules of Civil Procedure; and |
| 8 | 4. | The Clerk of Court is DIRECTED to issue a scheduling order in this case. |

IT IS SO ORDERED.

DATED: December 30, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2