ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
Email: james.ki@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WILLIAM MONCRIEF,<br><br>          Plaintiff,<br><br>     v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | CIVIL NO. 2:25-cv-03625-DJC-SCR<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

Dated:  April 22, 2026                      /s/ *Francesco Benavides**
                                            FRANCESCO BENAVIDES
                                            Attorney for Plaintiff
                                            *Authorized via e-mail on April 22, 2026

                                            ERIC GRANT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Head of Program Litigation 1
                                    By:     /s/ *James Ki*
                                            JAMES KI
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant


### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).


Dated:  April 22, 2026                      /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

2